BENJAMIN B. WAGNER
United States Attorney
NIRAV K. DESAI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2716
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>OSCAR NUNEZ-PAZ,.<br><br>　　　　　　Defendant. | CASE NO.  2:00-CR-00350 WBS<br><br>**ORDER DISMISSING INDICTMENT** |

For the reasons set forth in the motion to dismiss filed by the United States, the charges against defendant **OSCAR NUNEZ-PAZ** in the pending Indictment, are hereby DISMISSED and any outstanding arrest warrant is recalled.

Dated: July 25, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1